and trustee, etc., against Helen W. Condon, as guardian ad litem, etc., and another, appellant. No opinion. Judgment and order affirmed, with costs to plaintiff respondent. See, also, 157 App. Div. 888, 141 N. Y. Supp. 1150.

WESTERN NAT. BANK v. SEAMAN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Western National Bank against Elizabeth C. Seaman. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WESTERN NEW YORK WATER CO., Respondent, v. CITY OF NIAGARA FALLS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by the Western New York Water Company against the City of Niagara Falls and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

ROBSON and FOOTE, JJ., dissent.

WHITMAN, Respondent, v. O'DONOVAN, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Alfred A. Whitman against Alfred J. O'Donovan. H. R. Kohn, of New York City, for appellant. O. C. Sommerich, of New York City, for respondent. No opinion. Order (141 N. Y. Supp. 750) affirmed, with $10 costs and disbursements. Order filed.

WHITMORE, Respondent, v. NEW YORK INTERURBAN WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by David L. Whitmore against the New York Interurban Water Company. No opinion. Order reversed, with $10 costs and disbursements, on the authority of Wood v. New York Interurban Water Co., 157 App. Div. 407, 142 N. Y. Supp. 626, and motion granted, with $10 costs. See, also, 158 App. Div. 178, 142 N. Y. Supp. 1098.

WILLIAM F. KASTING CO., Respondent, v. NETSCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by William F. Kasting Company against Charles H. Netsch. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAM H. HENRY & CO., Appellants, v. DEVLIN, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by William H. Henry & Co. against Joseph J. Devlin. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAM H. HENRY & CO., Appellants, v. HOUSTON, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by William H. Henry &

Co. against George B. Houston. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAM H. HENRY & CO., Appellants, v. MITCHELL, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by William H. Henry & Co. against Alfred A. Mitchell. No opinion. Order affirmed, with $10 costs and disbursements.

WILSON, Respondent, v. CITY OF GLOVERSVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Jay S. Wilson against the City of Gloversville. No opinion. Appeal dismissed, with $10 costs.

WILSON, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by James A. Wilson against Jesse M. W. Scott. No opinion. Order affirmed, with $10 costs and disbursements.

WISE, Appellant, v. HANNON et al., Respondents. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Eugene A. Wise, Jr., against John J. Hannon and others. T. J. Curran, of New York City, for appellant. J. Stiefel, of New York City, for respondents. No opinion. Order modified, by providing that plaintiff be allowed to discontinue the present action without costs, and, as modified, affirmed, without costs. Order filed.

WITTWER, Respondent, v. HURWITZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Gottfried Wittwer against Louis L. Hurwitz and another.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., dissents. MERRELL, J., not sitting.

WOLF, Respondent, v. CARPENTER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Eva Wolf, an infant, etc., against Charles L. Carpenter, impleaded with others. E. A. Jones, of New York City, for appellant. J. Wilkenfeld, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the evidence does not sustain the finding that the defendant was guilty of negligence. Settle order on notice.

LAUGHLIN, J., dissents.